```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

ROSA L. LANSFORD,            )
                             )
        Plaintiff            )
                             )      NO. 2:11-0040
v.                           )      Judge Campbell/Brown
                             )
WALMART STORES, INC.,        )
                             )
        Defendant            )

**O R D E R**

This matter has been referred to the undersigned for case management and for a report and recommendation on any dispositive matter (Docket Entry 8). At the present time it does not appear that the Plaintiff has obtained service of process on the Defendant. Under Federal Rule of Civil Procedure 4 the Plaintiff has **120 days** from the date of the filing of her lawsuit to secure service of process or the case is subject to dismissal for failure to prosecute.

If the Plaintiff has not done so, she should obtain summonses for the Defendant from the Clerk and proceed to obtain service of process in this case.

I hereby recuse myself in this case.

It is so **ORDERED**.

/S/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge